UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| CHRISTOPHER C. EARLY (#299387) | CIVIL ACTION |
| VERSUS | |
| JAMES M. LABLANC, ET AL. | NO. 12-225-JJB-SCR |

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Supplemental Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated May 2, 2012 (doc. no. 7) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's complaint is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(I), (ii) and (iii), and without leave to amend because there is no conceivable, non-frivolous federal claim he could assert consistent with the facts alleged in his complaint.

Baton Rouge, Louisiana, May 30th, 2012.

_____
JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA